AO 10
Rev. 1/2015

# FINANCIAL DISCLOS
## FOR CALENDAR

| 1. Person Reporting (last name, first, middle initial) | 2. Court o |
|---|---|
| Nelson, Dorothy W. | U.S. Co |

**4. Title** (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)

Senior Judge

**5a. Repor**

☐ No

☐ Init

**5b.** ☒

**7. Chambers or Office Address**

125 S. Grand Ave., Suite 303, Pasadena, CA

*IMPORTANT NOTES: The instructions acc*
*checking the NONE box for each pa*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.*

☐ NONE *(No reportable positions.)*

## POSITION

1. Chair Emerita

Name of F

Nelson,

## III. NON-INVESTMENT INCOME. *(Reporting individual a*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOUR |
|------|------|
| 1. 2014 | TIAA CREF - Teacher Retireme |
| 2. 2014 | State of Calif. Judges Retiremer |
| 3. | |
| 4. | |

### B. Spouse's Non-Investment Income - *If you were married during any p*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

DATE                                    SOUR

Name of P

Nelson,

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of fili*

 NONE *(No reportable gifts.)*

| | SOURCE | DES |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see*

✓ NONE *(No reportable liabilities.)*

CREDITOR                                                      DE

Name of F

Nelson,

# VII. INVESTMENTS and TRUSTS – *income, value, transact*

☐ NONE *(No reportable income, assets, or transactions.)*

| A.<br><br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B.<br>Income during<br>reporting period | | Gr<br>of<br> |
|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e.g.,<br>div., rent,<br>or int.) | (<br>Va<br>Co<br>(J- |
| 1.<br>American Balance Fund C   X | A | Div | J |
| American Balance Fund C<br>Capital Income Builder   X | A | Div | J |
| American Balance Fund C X<br>The Investment Co of America | A | Div | J |
| American Balance Fund C  X<br>The Tax ExemptBond Fund of America | A. | Div | J |
| American Balance Fund C<br>The Tax Exempt Fund of CA X | A | Div | J |
| 6. | | | |

Name of

Nelson,

## VIII. ADDITIONAL INFORMATION OR EXPLA

Name of I

Nelson,

## IX. CERTIFICATION.

I certify that all information given above (including information pertain
accurate, true, and complete to the best of my knowledge and belief, and tha
provisions permitting non-disclosure.

I further certify that earned income from outside employment and hono
compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 735

Signa

**NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FA
AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)**